UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　Defendant. | Civil Action No. 24-1730 (TSC) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's September 5, 2024 Minute Order.

1.　This case concerns four Freedom of Information Act requests submitted by Plaintiff: (1) EPA-R4-2023-002460; (2) 2024-R04-02013; (3) 2024-EPA-02594; and (4) 2024-EPA-02591. ECF No. 1, Compl. ¶¶ 10, 16, 19, 22.

Status of Plaintiff's Freedom of Information Act ("FOIA") Requests

2.　EPA-R4-2023-002460: EPA has conducted a new centralized search using the Agency's standard eDiscovery tools for records potentially responsive to this request. As of October 15, 2024, EPA has identified 1,035 potentially responsive records to review for FOIA request EPA-R4-2023-002460. EPA intends to begin reviewing potentially responsive records as expeditiously as possible to meet the first anticipated production deadline described below in paragraph 10.

3. 2024-R04-02013: On September 19, 2024, the undersigned AUSA contacted Plaintiff's counsel on behalf of EPA to clarify the scope of FOIA request 2024-R04-02013. On October 17, 2024, Plaintiff responded to EPA's question. EPA intends to conduct a centralized search using the Agency's standard eDiscovery tools for records potentially responsive to request 2024-R04-02013 and will begin reviewing the identified record set as expeditiously as possible.

4. 2024-EPA-02594: EPA has conducted a new centralized search using the Agency's standard eDiscovery tools for records potentially responsive to this request. As of October 15, 2024, EPA has identified 241 potentially responsive records to review for FOIA request 2024-EPA-02594. EPA intends to begin reviewing potentially responsive records as expeditiously as possible to meet the first anticipated production deadline described below in paragraph 10.

5. 2024-EPA-02591: EPA has conducted a new centralized search using the Agency's standard eDiscovery tools for records potentially responsive to this request. As of October 15, 2024, EPA has identified 1,199 potentially responsive records to review for FOIA request 2024-EPA-02591. EPA intends to begin reviewing potentially responsive records as expeditiously as possible to meet the first anticipated production deadline described below in paragraph 10.

<u>Number of Documents Responsive to Plaintiff's FOIA Requests</u>

6. EPA-R4-2023-002460: EPA cannot identify the number of records responsive to FOIA request EPA-R4-2023-002460 at this time because EPA has not completed processing the request. As described in more detail above, EPA identified 1,035 records potentially responsive to FOIA request EPA-R4-2023-002460. Once EPA completes its review of this document set, the Agency will identify the number of records responsive to FOIA request EPA-R4-2023-002460.

7. 2024-R04-02013: As described in more detail above, EPA has not yet conducted a search for records potentially responsive to FOIA request 2024-R04-02013 due to a clarification question regarding the scope of the request. Now that the request scope has been clarified, EPA

will conduct a search for potentially responsive records, and then EPA will begin reviewing the document set and will identify the number of records responsive to request 2024-R04-02013 once that document review is complete.

8. 2024-EPA-02594: EPA cannot identify the number of records responsive to FOIA request 2024-EPA-02594 at this time because EPA has not completed processing the request. As described in more detail above, EPA identified 241 records potentially responsive to FOIA request 2024-EPA-02594. Once EPA completes its review of this document set, the Agency will identify the number of records responsive to FOIA request 2024-EPA-02594.

9. 2024-EPA-02591: EPA cannot identify the number of records responsive to FOIA request 2024-EPA-02591 at this time because EPA has not completed processing the request. As described in more detail above, EPA identified 1,199 records potentially responsive to FOIA request 2024-EPA-02591. Once EPA completes its review of this document set, the Agency will identify the number of records responsive to FOIA request 2024-EPA-02591.

Anticipated Dates for Releases of Documents Requested by Plaintiff

10. EPA intends to process an average of 600 potentially responsive records every 45 days, with EPA making rolling productions of any non-exempt, responsive records from that review every 45 days. EPA anticipates that it will make its first production on December 16, 2024, with rolling productions every 45 days thereafter.

Whether an Open America motion for stay is likely

11. The EPA does not anticipate filing a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Whether a Vaughn Index Will Be Required & a Proposed Briefing Schedule for Dispositive Motions

12. The parties aver because the EPA is still processing the Plaintiffs' requests, the parties will be in a position to make an assessment as to whether a *Vaughn* index is necessary once all responsive records are released. Thus, the parties propose that, once the EPA completes its release(s) of records and the parties have an opportunity to discuss the releases, the parties, if necessary, will endeavor to reach agreement on a proposed briefing schedule for dispositive motions.

13. The parties propose that the parties file a further status report on February 14, 2025, updating the status of the EPA's processing. A proposed order is attached.

| | |
|---|---|
| Dated: October 17, 2024 | Respectfully submitted, |
| /s/ Jeremiah L. Morgan<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>/s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2525<br><br>*Counsel for United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendant. | Civil Action No. 24-1730 (TSC) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by February 14, 2025 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

_____  _____
Date                                                    TANYA S. CHUTKAN
                                                              United States District Judge