UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>   Defendant. | Civil Action No. 24-1730 (TSC) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's October 21, 2024 Minute Order.

1. This case concerns four Freedom of Information Act requests submitted by Plaintiff: (1) EPA-R4-2023-002460; (2) 2024-R04-02013; (3) 2024-EPA-02594; and (4) 2024-EPA-02591. ECF No. 1, Compl. ¶¶ 10, 16, 19, 22.

2. 2023-R04-02460: On approximately November 20, 2024, Plaintiff agreed to narrow Part II of this request. EPA completed its search and initially identified 24 records responsive to request 2023-R04-02460, as narrowed per the parties' agreement. On approximately February 14, 2025, Plaintiff clarified its four requests as applied to "Weekly Report"-type records and associated parent emails. Following this clarification, EPA determined that 21 of the previously identified 24 records are responsive to request 2023-R04-02460, and completed production thereof as described in more detail below.

3. 2024-R04-02013: EPA completed its search and initially identified 39 records responsive to request 2024-R04-02013, as clarified on October 17, 2024. Following the

clarification described above with respect to "Weekly Report"-type records and associated parent emails, EPA determined that 37 of the 39 previously identified records are responsive to request 2024-R04-02013, and completed production thereof as described in more detail below.

4.  2024-EPA-02594: EPA completed its search and initially identified 80 records responsive to request 2024-EPA-02594. Following the clarification described above with respect to the "Weekly Report"-type records and associated parent emails, EPA determined that 36 of the 80 previously identified records are responsive to request 2024-EPA-02594, and completed production thereof as described in more detail below.

5.  2024-EPA-02591: EPA completed its search and initially identified 146 records responsive to request 2024-EPA-02591. Following the clarification described above with respect to the "Weekly Report"-type records and associated parent emails, EPA determined that 143 of the 146 previously identified records are responsive to request 2024-EPA-02591, and completed production thereof as described in more detail below.

6.  On December 16, 2024, EPA informed Plaintiff that it completed its review of the first set of 600 records.

    a.  The Office of Environmental Justice and External Civil Rights ("OEJECR") made an interim release of 68 records (18 records in full and 50 records in part) responsive to FOIA request 2024-EPA-02591. In addition, OEJECR withheld in full 5 records responsive to FOIA request 2024-EPA-02591.

    b.  Region 4 made an interim release of 20 records (17 records released in full and 3 records in released in part) responsive to FOIA request 2023-R04-02460; and 22 records (16 records released in full and 6 records in released in part) responsive to FOIA request 2024-R04-02594.

7. On January 30 and 31, 2025, EPA informed Plaintiff that it completed its review of the second set of 600 records.

    a. On January 31, 2025, OEJECR made an interim release of 22 records (6 records in full and 16 records in part) responsive to FOIA request 2024-EPA-02591.

    b. On January 30, 2025, Region 4 made an interim release of 16 records (10 records released in full and 6 records in released in part) responsive to FOIA request 2024-R04-02594; and 34 records (31 records released in full and 3 records in released in part) responsive to FOIA request 2024-R04-02013.

8. On March 14, 2025, EPA completed its productions of all records responsive to the four FOIA requests at issue (EPA-R4-2023-002460, 2024-R04-02013, 2024-EPA-02594, and 2024-EPA-02591).

    a. On March 14, 2025, OEJECR made a final release of 48 records (1 record in full and 47 records in part) responsive to FOIA request 2024-EPA-02591.

    b. On March 14, 2025, Region 4 made a final release of 1 record (released in part) responsive to FOIA request 2024-R04-02594. In addition, Region 4 withheld in full 1 record responsive to request 2023-R04-02460, 1 record responsive to request 2024-EPA-02594, and 3 records responsive to request 2024-R04-02013.

9. Plaintiff is currently evaluating EPA's responses to the four requests at issue. Plaintiff expects to raise any questions or concerns regarding EPA's responses to EPA, and EPA will work to address questions or concerns if possible.

10. Pursuant to the Court's October 21, 2024, the parties will file a further status report on Tuesday, August 19, 2025.

Date:   June 16, 2025

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Sam Escher*
       SAM ESCHER, D.C. Bar #1655538
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2531
       Sam.Escher@usdoj.gov

*Attorneys for United States of America*

4