UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendant. | Civil Action No. 24-1730 (TSC) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's October 21, 2024, Minute Order.

Since the last joint status report, Plaintiff has evaluated EPA's responses to the four requests at issue and does not intend to challenge the EPA's responses but would like to submit a proposal for fees.

Pursuant to the Court's October 21, 2024, the parties will file a further status report on Friday, February 13, 2026.

\*    \*    \*

| | |
|---|---|
| Date:  December 15, 2025 | Respectfully submitted, |
| | |
| */s/ Jeremiah L. Morgan* | JEANINE FERRIS PIRRO |
| Jeremiah L. Morgan | United States Attorney |
| (D.C. Bar No. 1012943) | |
| William J. Olson | By:      */s/ Sam Escher* |
| (D.C. Bar No. 233833) | SAM ESCHER, D.C. Bar #1655538 |
| William J. Olson, P.C. | Assistant United States Attorney |
| 370 Maple Avenue West, Suite 4 | 601 D Street, NW |
| Vienna, VA 22180-5615 | Washington, DC 20530 |
| 703-356-5070 (telephone) | (202) 252-2531 |
| 703-356-5085 (fax) | Sam.Escher@usdoj.gov |
| jmorgan@lawandfreedom.com | |
| | *Attorneys for the United States of America* |
| *Counsel for Plaintiff* | |