UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant. | Civil Action No. 24-1730 (TSC) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's October 21, 2024, Minute Order.

The parties have resolved all issues in this case except for attorneys' fees. Plaintiff submitted a fee proposal to EPA on February 12, 2026. EPA is reviewing Plaintiff's proposal and will respond in due course.

Pursuant to the Court's October 21, 2024, Minute Order, the parties will file a further status report on Tuesday, April 14, 2026.

\*   \*   \*

2

| | |
|---|---|
| Date: February 13, 2026 | Respectfully submitted, |
| /s/ Jeremiah L. Morgan | JEANINE FERRIS PIRRO |
| Jeremiah L. Morgan | United States Attorney |
| (D.C. Bar No. 1012943) | |
| William J. Olson | By:  /s/ Sam Escher |
| (D.C. Bar No. 233833) | SAM ESCHER, D.C. Bar #1655538 |
| William J. Olson, P.C. | Assistant United States Attorney |
| 370 Maple Avenue West, Suite 4 | 601 D Street, NW |
| Vienna, VA 22180-5615 | Washington, DC 20530 |
| 703-356-5070 (telephone) | (202) 252-2531 |
| 703-356-5085 (fax) | Sam.Escher@usdoj.gov |
| jmorgan@lawandfreedom.com | |
| | *Attorneys for the United States of America* |
| *Counsel for Plaintiff* | |