UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

       Plaintiff,

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

       Defendant.

Civil Action No. 24-1730 (TSC)

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's October 21, 2024, Minute Order.

The parties have resolved all issues in this case except for attorneys' fees. Plaintiff submitted a fee proposal to EPA on February 12, 2026. EPA continues to review Plaintiff's proposal and will respond in due course.

Pursuant to the Court's October 21, 2024, Minute Order, the parties will file a further status report on Monday, August 17, 2026.

        \*     \*     \*

2

Date:   June 16, 2026                                  Respectfully submitted,

/s/ Jeremiah L. Morgan                                 JEANINE FERRIS PIRRO
Jeremiah L. Morgan                                     United States Attorney
(D.C. Bar No. 1012943)
William J. Olson                                       By:    /s/ Sam Escher
(D.C. Bar No. 233833)                                         SAM ESCHER, D.C. Bar #1655538
William J. Olson, P.C.                                        Assistant United States Attorney
370 Maple Avenue West, Suite 4                                601 D Street, NW
Vienna, VA 22180-5615                                         Washington, DC 20530
703-356-5070 (telephone)                                      (202) 252-2531
703-356-5085 (fax)                                            Sam.Escher@usdoj.gov
jmorgan@lawandfreedom.com

                                                       Attorneys for the United States of America
Counsel for Plaintiff